UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMMUR ALI o/b/o A.K.,

JUDGMENT
09-CV- 2709 (CBA)

Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
-------------------------------------------------------------------X

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 15, 2010, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including, but not limited to, holding a supplemental hearing, evaluating the claimant's functioning in each of the six domains of functioning using the correct age group descriptors, explaining his reasoning, and issuing a new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to, holding a supplemental hearing, evaluating the claimant's functioning in each of the six domains of functioning using the correct age group descriptors, explaining his reasoning, and issuing a new decision.

Dated: Brooklyn, New York
       January 15, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court